IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  §  | | |
|    Plaintiff-Respondent § | | |
| § | | |
| v. § | | Cr. No. C-98-213 |
| § | | C.A. No. C-05-281 |
| HERMENEGILDO PATLAN, § | | |
|    Defendant-Movant § | | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Hermenegildo Patlan's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. As set forth in the accompanying memorandum opinion and order, this judgment pertains only to the first and second claims raised in Patlan's motion. The third, fourth, and fifth claims have been severed and sent to the Houston Division to be docketed as a separate and independent § 2255 motion.

ORDERED this 10th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE